UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 2: 10-46-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NICHOLAS E. MARTIN, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

By letter dated November 24, 2010, the Federal Bureau of Prisons has requested an extension of time in which to comply with the Court's November 22, 2010 Order directing that the defendant's pending competency examination be expanded to include Defendant's mental status at the time of the offense as well as his competency to stand trial. The Bureau specifically requested an extension until December 27, 2010, to complete the evaluation, with a written report to follow by January 23, 2011. The Court will construe the letter as a Motion for Extension of Time in which to comply with the Court's November 22, 2010 Order.

The original motion for an examination of competency was made by defense counsel pursuant to 18 U.S.C. § 4241, which mandates that such an evaluation be completed within thirty (30) days. 18 U.S.C. § 4247(b). The Bureau requested an extension of fifteen (15) days, as is permitted by the statute, and the Court granted the Bureau's request. [Record No. 19] Subsequent to that Order, at the United States' request, the Court expanded the scope of the evaluation to include a determination of the existence of insanity at the time of the offense,

-1-

pursuant to 18 U.S.C. § 4242. An examination under § 4242 mandates a different statutory time frame for the completion of the examination. 18 U.S.C. § 4247(b). A § 4242 examination must be conducted within forty-five days, with a permissible extension up to thirty (30) days for good cause. 18 U.S.C. § 4247(b).

Because the examination under § 4242 was ordered by the Court on November 22, 2010, when the original examination was scheduled to be completed by November 26, 2010, the Court finds that the Bureau has shown good cause for requesting an extension. Running from date of Defendant's arrival at the Federal Medical Center — October 12, 2010 — the statutory deadline for completion of an examination under § 4242 would have been November 26, 2010. The Bureau requested an extension, with good cause, that was within the statutory limit of thirty (30) days. Therefore, the Bureau's request is reasonable, shows good cause, and will be granted. Accordingly, it is hereby

**ORDERED** that the Bureau of Prisons' Motion for Extension of Time is hereby **GRANTED**. The examination under 18 U.S.C. § 4242 shall be completed no later than December 26, 2010, and the report made available to the Court not later than January 23, 2011.

This 1st day of December, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge